UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA

CASE NO. 3:18-mj-0007 CMK

vs.

ORDER TO PAY

RICHARD P. MAZZUCCHI

The Defendant, having been found guilty of Count 1, 43 CFR 423.22(e)(2) obscene display or act, and Count 2, 43 CFR 8365.1-4(b)(2) possessing a controlled substance, after entering no contest pleas thereto, is

ORDERED TO PAY a fine in the sum of $975.00 and a penalty assessment of $25.00 for total of $1,000.00 on or before June 1, 2018, to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.

DATED: March 13, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE